## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CASEY KENT PFORTMILLER | § | CASE NO. 09-08570-8-RDD |
| CHRYSTAL NATASHA PFORTMILLER | § | CHAPTER 13 |
| | § | |
| AKA CHRYSTAL NATASHA KAPITAN | § | JUDGE RANDY D. DOUB |

### REQUEST FOR SERVICE OF NOTICE

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that NATIONAL BANKRUPTCY SERVICES.COM LLC has been engaged by the creditor identified below to serve as its authorized agent in this matter.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankrupcy Court upon the creditor at the following address:

**USAA**
**P. O. Box 829009**
**Dallas, Texas 75382-9009**

Respectfully submitted,
NATIONAL BANKRUPTCY SERVICES.COM LLC

/s/ Joe M. Lozano, Jr.

Joe M. Lozano, Jr.

F# 7175-N-4512
9441 LBJ Freeway, Suite 350
Dallas, Texas  75243
(972) 643-6600 / (972) 643-6698 (Telecopier)
E-mail Address: notice@bkcylaw.com
Authorized Agent for USAA

## CERTIFICATE OF SERVICE

I,  Joe M. Lozano, Jr., hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before October 21, 2009:

**Debtors' Attorney**
Grant Winfield Patten
Grant W. Patten, Attorney At Law, Pllc
PO Box 42504
Fayetteville, NC  28309

**Chapter 13 Trustee**
Trawick H. Stubbs
P.O. Box 1618 / 315 Pollack St
New Bern, North Carolina 28563-1618

**U.S. Trustee**
Office of U.S. Trustee
1760-A Parkwood Blvd
Wilson, North Carolina 27893

/s/ Joe M. Lozano, Jr.
_____

Joe M. Lozano, Jr.

7175-N-4512
noaelect