UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WILSON DIVISION

| | |
|---|---|
| IN RE: ) | |
| CASEY KENT PFORTMILLER ) | CASE NO. 09-08570 |
| CHRYSTAL NATASHA ) | CHAPTER 13 |
| PFORTMILLER ) | |
| DEBTORS | |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF NOTICES AND PLEADINGS

BROCK & SCOTT, PLLC, pursuant to Bankruptcy Rule 9010(b), hereby gives notice of appearance in this case as Counsel for Wells Fargo Bank N.A.

Pursuant to Bankruptcy Rule 2002, please mail all notices and other documents required to be served upon Creditors to said Attorney at the following address:

BROCK & SCOTT, PLLC
Sean M. Corcoran
Attorney at Law
5121 Parkway Plaza Drive, Suite 300
Charlotte, NC 28217
(704) 369-0676

This, the 19th day of October, 2009

/s/ Sean M. Corcoran_____
Sean M. Corcoran
Attorney at Law
Brock & Scott, PLLC
5121 Parkway Plaza Drive, Suite 300
Charlotte, NC 28217
(704) 369-0676
Bar Number 33387

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILSON DIVISION

|  |  |  |
|---|---|---|
|  | ) |  |
| IN RE: | ) |  |
| CASEY KENT PFORTMILLER | ) | CASE NO.  09-08570 |
| CHRYSTAL NATASHA | ) | CHAPTER 13 |
| PFORTMILLER | ) |  |
| DEBTORS |  |  |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that he is over eighteen (18) years of age and that the NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS in the above captioned case was this day served upon the below named persons by mailing, postage prepaid, first class mail a copy of such instrument to such person(s), parties, and/or counsel at the addresses shown below:

Casey Kent Pfortmiller
Chrystal Natasha Pfortmiller
4804 Addie Lane
Fayetteville, NC 28306

Grant Winfield Patten
Via Electronic Delivery

Trawick H Stubbs, Jr.
Via Electronic Delivery

This 19th day of October, 2009

/s/ Sean M. Corcoran_____
Sean M. Corcoran
Attorney for Movant
Brock & Scott, PLLC
5121 Parkway Plaza Drive, Suite 300
Charlotte, NC 28217
(704) 369-0676
Bar Number 33387