**VAN–057** Notice to Creditors and Other Parties In Interest – Rev. 04/02/2008

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

Room 209, 300 Fayetteville Street
P.O. Drawer 1441
Raleigh, NC 27602–1441

IN RE:
Casey Kent Pfortmiller
 ( *debtor has no known aliases* )
4804 Addie Lane
Fayetteville, NC 28306

CASE NO.: 09–08570–8–RDD

DATE FILED: October 1, 2009

CHAPTER: 13

Chrystal Natasha Pfortmiller
 ( <u>known aliases</u>: *Chrystal Natasha Kapitan* )
4804 Addie Lane
Fayetteville, NC 28306


NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN that a hearing will be held as indicated below:

DATE:      Thursday, January 7, 2010
TIME:      10:30 AM
PLACE:     U. S. Post Office & Federal Building, Third Floor Courtroom, 301 Green Street, Fayetteville, NC 28303


to consider and act on the following matters:

Motion For Adequate Protection, Motion For Relief From Stay filed by Stephen A. Lamb on behalf of USAA


and to transact all other business as may properly come before the court.

DATED: December 29, 2009

                                        Stephanie J. Edmondson
                                        Clerk of Court