**VAN–052** Order To Show Cause – Rev. 04/02/2008

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

Room 209, 300 Fayetteville Street
P.O. Drawer 1441
Raleigh, NC 27602–1441

IN RE:
Casey Kent Pfortmiller
 ( *debtor has no known aliases* )
4804 Addie Lane
Fayetteville, NC 28306

CASE NO.: 09–08570–8–SWH

DATE FILED: October 1, 2009

CHAPTER: 13

Chrystal Natasha Pfortmiller
 ( *known aliases*: *Chrystal Natasha Kapitan* )
4804 Addie Lane
Fayetteville, NC 28306

## ORDER TO SHOW CAUSE

IT IS ORDERED that Casey Kent Pfortmiller appear at the time and place indicated below and show cause, if any there be, as to why the case should not be dismissed or other sanctions imposed for failure to file answers to interrogatories.

DATE:     Thursday, February 4, 2010
TIME:     10:00 AM
PLACE:    U. S. Post Office & Federal Building, Third Floor Courtroom, 301 Green Street, Fayetteville, NC 28303

DATED: January 15, 2010

                                    Stephani W. Humrickhouse
                                    United States Bankruptcy Judge